DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BERNICE RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:09-cr-0222 GSA |
| *Plaintiff,* | STIPULATION TO MODIFY TERM OF PROBATION; ORDER |
| v. | |
| BERNICE RODRIGUEZ, | Magistrate:   Hon. Gary S. Austin |
| *Defendant.* | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Laurel Montoya, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Bernice Rodriguez, that Defendant's remaining 36.5 hours of community service be converted to a fine of $365.00.

The request to convert Defendant's remaining community service is made by both parties in the interests of justice.

///

///

///

///

///

|   |   |   |   |
|---|---|---|---|
| 1 |   |   | BENJAMIN B. WAGNER |
| 2 |   |   | United States Attorney |
| 3 | Dated:  November 15, 2010 | By: | /s/ Laurel Montoya |
|   |   |   | LAUREL MONTOYA |
| 4 |   |   | Assistant United States Attorney |
|   |   |   | Attorney for Plaintiff |
| 5 |   |   |   |
| 6 |   |   | DANIEL J. BRODERICK |
|   |   |   | Federal Defender |
| 7 |   |   |   |
| 8 | Dated:  November 15, 2010 | By: | /s/ Peggy Sasso |
|   |   |   | PEGGY SASSO |
| 9 |   |   | Assistant Federal Defender |
|   |   |   | Attorney for Defendant |
| 10 |   |   | BERNICE RODRIGUEZ |

**ORDER**

**IT IS SO ORDERED** that Defendant Bernice Rodriguez's remaining community service hours be converted to a fine of $365.00.

IT IS SO ORDERED.

Dated:   **November 16, 2010**          /s/ **Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE